IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAUL A. GUTIERREZ

    Plaintiff,

Vs.                                                                                                NO: 3:05cv274

DART TRANSIT COMPANY and
JOHN P. HEARD, Individually and
In His Capacity as Employee and Agent
of Dart Transit Company

    Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their attorneys of record, and announce to the Court that the matters and things heretofore in controversy between them have been settled and that this cause should therefore be dismissed, with prejudice, at the cost of the Defendants, (costs assessed shall not include any discretionary costs, the Defendants to pay only the costs of the Clerk with any other costs to be borne by the Plaintiff).

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's case be, and the same is hereby dismissed with prejudice, at the cost of the Defendants, (costs assessed shall not include any discretionary costs, the Defendants to pay only the costs of the Clerk with any other costs to be borne by the Plaintiff) for which let execution issue, if needed.

*[signature]*

JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

DATE: June 20, 2007

**APPROVED FOR ENTRY:**

/s/ B. Michael Easley
B. MICHAEL EASLEY (AR #74041) - *Attorney for Plaintiff*
**Easley & Houseal**
P.O. Box 1115
Forrest City, Arkansas 72336-1115
(P: 870-633-1447)
(F: 870-633-1687)
mike@ehtriallawyers.com


/s/ Carl Wyatt
CARL WYATT (TN D# 12304) - *ATTORNEY FOR DEFENDANTS*
**Glassman, Edwards, Wade & Wyatt, P.C.**
26 North Second Street
Memphis, Tennessee 38103
(P: 901-527-4673)
(F: 901-527-5320)
(OUR FILE: #05-443Z)
cwyatt@gewwlaw.com